1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TOR AHMADD BISHOP,                          No.  2:21-CV-0574-DMC-P

12                    Plaintiff,

13        v.                                     ORDER

14   G. DODSON, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not

19   assigned to a District Judge when the case was filed.  The parties have not consented to

20   Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is

21   necessary to properly address the case.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23   randomly assign a District Judge and to update the docket to reflect the new case number.

24

25   Dated:  September 30, 2021

26                                              _____

27                                              DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE
28

                                                1