IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOR AHMADD BISHOP,<br><br>    Plaintiff,<br><br>    v.<br><br>G. DODSON, et al.,<br><br>    Defendants. | No.  2:21-CV-0574-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 46, for modification of the schedule for this case.

Defendants seeks an order relieving them of the obligation to file dispositive motions by the deadline set forth in the Court's September 15, 2022, discovery and scheduling order, and that Plaintiff be directed to show cause why this action should not be dismissed for failure to inform the Court and parties of a change of address.  The Court notes that discovery closed on March 27, 2023.  Good cause appearing therefor, Defendants' motion will be granted to the extent the Court will vacate the dispositive motion filing deadline.  Discovery remains closed.  By separate findings and recommendations, the Court will recommend dismissal of this action for lack of prosecution.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for modification of the discovery and scheduling order is granted.

2. Discovery is closed.

3. The dispositive motion filing deadline is vacated.

Dated: May 18, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE